uration against the rector, etc., of St. Stephens P. E. Church. A. O. Townsend, for appellant. F. Beltz, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. Order filed.

REDDING, Respondent, v. MIZNER, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Action by Joseph D. Redding against Mary A. Mizner. L. H. Freedman, for appellant. F. B. Campbell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

REICH, Respondent, v. E. W. BLISS BUILDINGS, Inc., Appellant. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Elizabeth Reich against the E. W. Bliss Buildings, Incorporated. D. Emery, for appellant. C. Strauss, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

REICH, Respondent, v. LANE, Appellant. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Elizabeth Reich against Eva M. B. Lane. D. Emery, for appellant. C. Strauss, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re REILLY'S ESTATE. (Supreme Court, Appellate Division, First Department. February 7, 1908.) In the matter of the estate of Robert B. Reilly, deceased. R. Goeller, for appellants. W. J. Hagarty, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

REIS v. GRAHAM. (Supreme Court, Appellate Division, Third Department. January 15, 1908.) Action by Moses Reis against Andrew J. Graham. No opinion. Motion denied.

RETZKER et al., Respondents, v. BAUMAN, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Michael Retzker and others against Jacob Bauman. No opinion. Judgment and order affirmed, with costs.

REYNOLDS, Respondent, v. BEVERIDGE et al., Appellants. (Supreme Court, Appellate Division, First Department. December, 27, 1907.) Action by Mary A. Reynolds against Alvert Beveridge and others. J. Deyo, for appellants. W. P. Prentice, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

REYNOLDS, Respondent, v. BEVERIDGE et al., Appellants. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Mary Reynolds against Alven Beveridge and others. No opinion. Motion denied, with $10 costs. Order filed.

RICHARDSON, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) Action by Charles Richardson against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. For former opinion, see. 106 N. Y. Supp. 702.

RIDGELY, Respondent, v. BERGSTROM et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Albert N. Ridgely against Oscar .B. Bergstrom and Henry A. Taylor, doing business under the firm name and style of Bergstrom & Co. No opinion. Motion denied, with $10 costs.

ROCCA, Appellant, v. AIELLO et al., Respondents. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Luigi A. Rocca against Francesco Aiello and another. J. Macgregor, for appellant. A. S. Fraser, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer on payment of costs. Order filed.

ROONEY, Respondent, v. BROGAN CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Margaret Rooney, as administratrix, etc., of John Rooney, deceased, against the Brogan Construction Company. No opinion. Motion for leave to appeal to the Court of Appeals granted. See 106 N. Y. Supp. 1143.

ROWLAND et al., Appellants, v. CLIFTON, Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Edward Rowland and others against Charles Clifton, as president. J. V. Bouvier, for appellants. A. H. Larkin, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re RUSSELL. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) In the matter of the final judicial settlement of account of George W. Russell and Frederick T. Russell, as executors of the last will and testament of William F. Russell, deceased. No opinion. Decree unanimously affirmed, with costs.

In re RYAN et al. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) In the matter of the judicial settlement of the accounts of Michael Ryan and Thomas Lenane, as executors and trustees of the last will and testament of Mary M. Flynn, deceased. No opinion. Motion to dismiss appeal denied. Motion to file undertaking nunc pro tunc granted, without costs.

RYAN, Respondent, v. PENNSYLVANIA COAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by John A. Ryan, as administrator, etc., against the Pennsylvania Coal Company. No opinion. Motion denied, with $10 costs.